IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL WEBB**, *et al.* : <br>         **Plaintiff,** : <br> : <br> v. : <br> : <br> **OAK LEAF OUTDOORS, INC.,** *et al.*, : <br>         **Defendants.** : | **CIVIL ACTION NO. 11-2456** |
| **LIBERTY SURPLUS INSURANCE** : <br> **CORPORATION** : <br>         **Plaintiff,** : <br> : <br> v. : <br> : <br> **OAK LEAF OUTDOORS,** *et al.*, : <br>         **Defendants.** : | **CIVIL ACTION NO. 13-6261** |

**ORDER**

**AND NOW**, this 27th day of March 2015, upon consideration of the pending motions and responses thereto, and for the reasons stated in the Court's memorandum opinion, it is hereby **ORDERED** that:

1. Defendant Oak Leaf Outdoors, Inc.'s Motion for Summary Judgment on the Cabela's Defendants' Crossclaims [Doc. No. 79 in Civil Action No. 11-2456] is **GRANTED**.

2. Defendant Oak Leaf Outdoors, Inc.'s Motion for Summary Judgment on Plaintiffs' Claims [Doc. No. 80 in Civil Action No. 11-2456] is **DISMISSED AS MOOT** as the claims asserted by Daniel and Margaret Webb against Oak Leaf have been resolved.

3. Plaintiff Liberty Surplus Insurance Corporation's Motion for Summary Judgment [Doc. No. 43 in Civil Action No. 13-6261] is **GRANTED**.

4. Defendant Oak Leaf Outdoors, Inc.'s Motion for Summary Judgment on Plaintiff Liberty Surplus Insurance Corporation's Claims and Oak Leaf Outdoors, Inc.'s Counterclaims [Doc. No. 45 in Civil Action No. 13-6261] is **DENIED**.

5. Defendant/Cross-Defendant Oak Leaf Outdoors, Inc.'s Motion for Summary Judgment on Defendant/Crossclaimants Cabela's Inc., Cabela's Ventures, Inc., Cabela's Wholesale, Inc., Cabela's Hamburg PA Store, Cabela's Retail PA, LLC, and Cabela's Retail, Inc.'s Crossclaim [Doc. No. 46 in Civil Action No. 13-6261] is **GRANTED**.

6. The Motion for Summary Judgment of Defendant/Crossclaimants Cabela's Inc., Cabela's Ventures, Inc., Cabela's Wholesale, Inc., Cabela's Hamburg PA Store, Cabela's Retail PA, LLC, and Cabela's Retail, Inc. [Doc. No. 47 in Civil Action No. 13-6261] is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**